## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT COURT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NORMAN MURRAY, and | ) | BK. NO. 09-17218-TMW |
| JULIE MURRAY, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, Robert A. Brown, Trustee of the above-captioned bankruptcy matter, pursuant to Bankruptcy Rule 3010 and reports to the Court Clerk that as per the May 11, 2010 Order to Return Assets Not Part of Debtors' Estate, the following funds are unclaimed:

**CLAIMANT:**
Norman Murray and Julie Murray
3650 E. Copper Drive
Guthrie, Oklahoma 73044
$85.37

**TOTAL:** **$85.37**

A check made payable to the Court Clerk is attached hereto for deposit into unclaimed funds.

DATE:  July 27, 2010

/s/ Robert A. Brown
Robert A. Brown, Trustee, OBA #11235
123 West 7th Avenue, Suite 102
Stillwater, Oklahoma 74074
405-377-8185
bob@bobbrownattorney.com

| | | | |
|---|---|---|---|
| Unclaimed Funds<br>Non Estate Funds Returned to Debtors<br>As per May 11, 2010 Order | ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 | **BANK OF AMERICA, N.A.**<br>32-1/1110 TX<br>0 | CHECK NUMBER<br>**303** |

DATE        AMOUNT

07/27/10    **********85.37

**1835586**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-17218   TMW | Debtor: MURRAY, NORMAN<br>Joint Debtor: MURRAY, JULIE |

U S BANKRUPTCY COURT CLERK
215 DEAN A MCGEE AVENUE
OKLAHOMA CITY OK 73102

*Eighty Five Dollars And 37/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000303⑈ ⑆▇▇▇▇▇▇▇⑆ ▇▇▇▇▇▇▇⑊

---

| Date: 07/27/10 | Check Number: 303 | Amount: 85.37 |
|---|---|---|
| Case Number: 09-17218   TMW<br>Debtor Name: MURRAY, NORMAN<br>SSN: ▇▇-▇▇-8898 | | |

| Paid To: | U S BANKRUPTCY COURT CLERK<br>215 DEAN A MCGEE AVENUE<br>OKLAHOMA CITY OK 73102 | Trustee: | ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 |
|---|---|---|---|

Description: Unclaimed Funds   Non Estate Funds Returned to Debtors
As per May 11, 2010 Order

Bank Account Number: ▇▇▇▇▇▇▇